FILED ____
LODGED ____ RECEIVED ____
JUN 20 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

ORIGINAL

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| The CIT Group/Equipment Financing, Inc. | * |
| | * Civil Action No. MJG 00 CV 1532 |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| J. Thomas Mattingly and | *   FEE PAID |
| Alleco Stone, Inc a/k/a Alleco Stone, LLC | * |
| | *   FEE NOT PAID |
| Defendants. | * |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of the U.S. District Court for the District of Maryland, <u>Steven N. Leitess</u>, Esquire, a member of the bar of this court, moves the admission of <u>Juliet H. Loughlin</u>, Esquire, to appear PRO HAC VICE in the captioned proceeding as counsel for <u>The CIT Group/Equipment Financing, Inc.</u> Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is not a member of the Bar of Maryland.
2) The proposed admittee is a member in good standing of the bar(s) of the state(s) of
   <u>New York</u>
   <u>(*sitting for Maryland Bar Exam July, 2000)</u>

and/or the following United States Court(s): <u>Northern District of New York</u>

3) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted PRO HAC VICE in this court in the following matters:

<u>Colonial Pacific Leasing Corp. d/b/a GE Colonial Capital Pacific Leasing v. Galactic Enterprises, et al. Case Number PJM-00-CV-383. Admitted on June 7, 2000.</u>

4) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows:

<u>Not applicable</u>

5) The proposed admittee is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Lawyers rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this court.

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

     6) Co-counsel for the proposed admittee in this proceeding will be the undersigned or Steven N. Leitess, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

     7) It is understood that admission PRO HAC VICE does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

Respectfully submitted,

Movant:  
Signature: *[signature]*

Printed Name: Steven N. Leitess  
Address:    Leitess, Leitess & Friedberg  
             25 Hooks Lane, Suite 302  
             Baltimore, MD 21208-1302  
Office Phone: (410) 486-2600  
Office Fax:   (410) 486-8438

Proposed Admittee:  
Signature: *[signature]*

Printed Name: Juliet H. Loughlin  
Address:    Leitess, Leitess & Friedberg  
             25 Hooks Lane, Suite 302  
             Baltimore, MD 21208-1302  
Office Phone: (410) 486-2600  
Office Fax:   (410) 486-2600

Maryland U.S. District Court Number  
     05856

## ORDER

Motion ✓ Granted

Motion ____ Granted subject to payment of $50.00 filing fee to Clerk of Court

Motion ____ Denied

Date: 6/19/2000

*[signature]*  
United States District Court Judge for the District of Maryland