FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 AUG 16 P 2:49
CLERK'S OFFICE
AT BALTIMORE
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND – (BALTIMORE DIVISION)

| | |
|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC. | * |
| PLAINTIFF | * |
| v. | * |
| ALLECO STONE, LLC | *   CIVIL CASE NO.: MJG00CV1532 |
| AND | * |
| J. THOMAS MATTINGLY, | * |
| DEFENDANTS | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO JUDGMENT

Defendants, Alleco Stone, LLC ("Alleco") and J. Thomas Mattingly (collectively, "Defendants") hereby consent to final judgment, joint and several, in favor of the plaintiff, The CIT Group/Equipment Financing, Inc. ("CIT"), in the amount of $ 268,472.66 , with interest at the legal rate from the date of judgment until the date upon which this judgment is fully satisfied. CIT shall be entitled to apply to this Court for an award of its additional attorneys' fees and costs, if any, that are incurred so long as this judgment remains unsatisfied.

J. THOMAS MATTINGLY

_____
J. Thomas Mattingly, an individual
12339 W. Monte VIsta Road
Avondale, AZ 85323-6522

Dated: August 15, 2000

ALLECO STONE LLC

BY: _____
J. Thomas Mattingly, President
ALLECO STONE, LLC
Rt. 40 East, Martin's Mountain
Rte. 1, BOx 45
Flintstone, MD 21530

Approved, this 16th day of August, 2000

_Marvin J. Garbis_

c:\winnt\profiles\edie\local settings\temporary internet files\olkd1\conditional forebearance agreement v4_.doc

# LEITESS, LEITESS & FRIEDBERG, P.C.

Attorneys at Law

EARL F. LEITESS (MD)
STEVEN N. LEITESS (MD, DC)
JEREMY S. FRIEDBERG (MD, VA, DC)
ARYEH E. STEIN (MD)
KATHERINE A. LEVIN (MD, VA)
JULIET H. LOUGHLIN (NY)

STEPHEN M. FRIEDBERG (NY, FL)
WENDELL FINNER (MD, DC, VA, FL)
   OF COUNSEL

SHARON R. THOMAS
CHRISTINE E. COSTA
KRISTINA A. ANGELL
   PARALEGALS

*Writer's Direct Dial*
410.486.2640

August 15, 2000

PLEASE REPLY TO:
MARYLAND OFFICE

*Writer's e-mail Address*
jhl@ll-f.com

*Via Overnight Delivery*

Clerk
U.S. District Court
 For the District of Maryland
101 W. Lombard Street, Suite 4415
Baltimore, MD  21201

    Re:    The CIT Group/Equipment Financing, Inc. v. J. Thomas Mattingly, et al.
             Civil Action No. MJG 00 CV 1532

Dear Clerk:

    Enclosed please find the original and three copies of the *Consent to Judgment* in the referenced matter. Please file the original, date stamp and return the copy marked as such in the envelope provided.

    Thank you for your assistance in this matter. Should you have any questions or need additional information, please do not hesitate to call Juliet Loughlin.

                                               Sincerely,

                                               **LEITESS, LEITESS & FRIEDBERG, P.C.**

                     By: *[signature]*
                             Karen M. Fairall
                             Secretary to Juliet H. Loughlin

JHL:kmf
Enclosure

\\server\common\case\cit-ef\alleco stone\corres\clerk usdc ltr 06.doc
8/15/00 2:53 PM

SUITE 302
25 HOOKS LANE
BALTIMORE, MD 21208-1302
TELEPHONE 410.486.2600
TELECOPIER 410.486.8438

WORLD WIDE WEB
http://www.ll-f.com

218 NORTH LEE STREET
THIRD FLOOR
ALEXANDRIA, VA 22314-2631
TELEPHONE 703.684.8800
TELECOPIER 703.548.4399